THOMAS A. CLARKE, Appellant, v. 1175 DE KALB AVENUE COMPANY, INC., Respondent.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

CATHERINE HAYES, Respondent, v. EDMOND J. HAYES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title, etc., for the Opening and Extending of Newport Avenue, etc. NEW YORK AND NEW JERSEY TELEPHONE COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements to each of the respondents. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Change of Grade of EAST TWELFTH STREET, between Avenue U and Gravesend Neck Road, etc.— Order affirmed, without costs. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of EVERETT S. HISCOX and JESSE F. HISCOX, Two of the Executors of the Will of DAVID HISCOX, Deceased, Appellants. HARRIET M. HUGHES, Respondent.— Decree of the Surrogate's Court of Suffolk county affirmed, with costs. We think that under section 2687 of the Code of Civil Procedure the burden was on the executors to show good and sufficient cause why they should not satisfy the legacy of the petitioner, and that they failed so to do; that there was before the surrogate proof of the bequest in the evidence offered by the executors; and that the only adjudication in the action of *Rawolle* v. *Hiscox*, binding upon the petitioner here, was that her legacy was subordinate to the claims of the creditors of the testator. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of WILLIAM VANDER ROEST and Another, as Executors, etc., of WILLIAM G. VANDER ROEST, Deceased, Respondents. EDWARD J. VANDER ROEST and Others, Appellants.— Decree of the Surrogate's Court of Westchester county affirmed, with costs to respondents, payable out of the estate, on authority of *Dickerson* v. *Sheehy* (156 App. Div. 101, 104; affd., 209 N. Y. 592). Carr, Stapleton, Mills, Rich and Putnam, JJ., concurred.

PATRICK KENNEDY, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

JOSEPH KLEIN, Appellant, v. HYMAN GOLDSTEIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.